**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MICHAEL HUBER** | : | **CIVIL ACTION NO. 2:23-CV-01336** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **EQUISTAR CHEMICALS LP, ET AL.** | : | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

The Report and Recommendation [doc. 21] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff's Motion to Remand [doc. 10] be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that non-diverse defendants[1] **TONY WOOD**, **MARK MITCHELL**, **ZACK THOMPSON**, **JAMIE WEST**, **LUKE FONTENOT**, and **TRISTAN HAGER** be and are hereby dismissed from this action without prejudice.

THUS DONE AND SIGNED in Chambers this 4th day of September, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Notice of Removal also identifies Andy Lanier as a defendant [doc. 1, p. 5, n. 1], and the Report and Recommendation recommends dismissal of any claims by Andy Lanier. Because Lanier was not named as a defendant in this matter, that recommendation is disregarded.